UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven Goldmann *et al.*,

    Plaintiffs,

v.

Sherburne County Sheriffs Department *et al.*,

    Defendants.

Case No. 21-cv-2530 (KMM/DJF)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Dulce Foster, dated November 23, 2022. No objections have been filed to that R&R in the permitted time period.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

  **IT IS HEREBY ORDERED**:

1. The Report and Recommendation [ECF No. 78] is **ACCEPTED**.

2. Defendants' Motion for Fees and Costs [ECF No. 60] is **DENIED**.

3. Defendants' Motion to Dismiss [ECF No. 60] is **DENIED** without prejudice.

Date: March 30, 2023

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge