UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Goldmann *et al.*,

        Plaintiffs,

v.

The County of Sherburne, *et al.*,

        Defendants.

Case No. 21-cv-2530 (KMM/DJF)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Dulce Foster, dated February 10, 2023. [R&R, ECF No. 94.] No objections have been filed to that R&R in the permitted time period.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation [ECF No. 94] is **ACCEPTED**.
2. Defendants' Motion for Fees and Costs [ECF No. 82] is **DENIED**.

3. Defendants' Motion to Dismiss [ECF No. 82] is **DENIED** without prejudice.

Date: April 6, 2023                                  *s/ Katherine M. Menendez*
                                                     Katherine M. Menendez
                                                     United States District Judge