## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Goldmann, et al., | No. 21-cv-2530 (KMM/DJF) |
| Plaintiffs, | |
| v. | **ORDER** |
| The County of Sherburne, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster dated September 8, 2023. [Doc. 127.] Judge Foster recommends that Plaintiffs Cory Davis, Randall Ayou, Edgar Cisneros, Mohamed Farah, Chris Rajkaran, Chad Sumner, and Roger Sodetku be dismissed from this action without prejudice for failure to prosecute their claims and failing to respond to the Court's August 24, 2023 Order to Show Cause. [*Id.* at 3; Order to Show Cause, Doc. 125.] The deadline for filing objections to the R&R was September 22, 2023. No objections have been filed.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on a careful review of the record, the Court finds that Judge Foster committed no error, clear or otherwise.

Accordingly, the Court enters the following ORDER.

1. The Report and Recommendation [Doc. 127] is ACCEPTED.

2. The claims brought by Plaintiffs Cory Davis, Randall Ayou, Edgar Cisneros, Mohamed Farah, Chris Rajkaran, Chad Sumner, and Roger Sodetku are dismissed from this action without prejudice.

Date: **October 20, 2023**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge