# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven Goldmann *et al.*,                                    Civ. No. 21-2530 (KMM/DJF)

                         Plaintiffs,

v.

                                                             **ORDER**

Sherburne County Sheriffs Department *et al.*,

                         Defendants.

This matter is before the Court on Plaintiffs' Counsel's Motion to Withdraw and to Stay or Extend Discovery Deadlines ("Motion") (ECF No. 133). The Court does not address the motion at this time but stays the case pending its resolution. To properly address the Motion, the Court Orders the following:

1.    Plaintiffs' Counsel shall serve copies of his Motion papers and a copy of this Order on each Plaintiff, and file an affidavit of service on the Court establishing that he completed service by February 15, 2024;

2.    Each Plaintiff and each Defendant shall have until April 1, 2024 to file a response to the Motion;

3.    Plaintiffs' Counsel shall submit to the Court for *in camera* review, by email to Judge Foster's chambers, copies of the engagement letters with each Plaintiff remaining in the case by February 15, 2024; and

4.    The firm, Contreras Edin Law, PA shall file a letter on the docket by April 1, 2024 explaining its position on whether it can continue as counsel for the Plaintiffs and if not, explaining why; and

5.      This matter is STAYED pending the Court's ultimate resolution of the Motion.

**SO ORDERED.**


Dated:  February 1, 2024                               *s/ Dulce J. Foster*
                                                       DULCE J. FOSTER
                                                       United States Magistrate Judge