## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Steven Goldmann *et al.*,

                Plaintiffs,

v.

The County of Sherburne, *et al.*,

                Defendants.

Case No. 21-cv-2530 (KMM/DJF)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Dulce Foster, dated May 31, 2024. ECF 151. No objections have been filed to that R&R in the permitted time period.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation [ECF 151] is **ACCEPTED**.

2. The class action claims are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Amended Complaint [ECF 67], including paragraphs 33, 48-60, and 137(A), as well as the characterization of this case as a class action in the caption and paragraphs 1 and 2.

Date: July 15, 2024

s/ *Katherine M. Menendez*
Katherine M. Menendez
United States District Judge